IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 12, 2008

Charles R. Fulbruge III
Clerk

No. 06-51286
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JOSE LUIS FAVELA-GONZALEZ

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
(04-CR-459)

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jose Luis Favela-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with Anders v. California,[1] asserting that there are no nonfrivolous issues on appeal. Favela-Gonzalez has not filed a response.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 386 U.S. 738 (1967).

Counsel's brief has satisfied Anders' requirements sufficiently to trigger our obligation to examine the record.[2] Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[3]

---

[2] See U.S. v. Acquaye, 452 F.3d 380, 381 (5th Cir. 2006).

[3] See 5TH CIR. R. 42.2.